FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

DEC 03 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES ex rel. STEVEN J. HARTPENCE, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> KINETIC CONCEPTS, INC.; KCI-USA, INC., <br><br> Defendants - Appellees. | No. 12-55396 <br><br> D.C. No. 2:08-cv-01885-GHK-AGR <br><br><br><br><br> **ORDER** |
| UNITED STATES ex rel. GERALDINE GODECKE, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> KINETIC CONCEPTS, INC.; KCI-USA, INC., <br><br> Defendants - Appellees. | No. 12-56117 <br><br> D.C. No. 2:08-cv-06403-GHK-AGR |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that

this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.